**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIALIZED BICYCLE COMPONENTS, INC., | |
| Plaintiff, | No. C 04-01496 JSW |
| v. | |
| SCOTT USA, INC., | **ORDER DIRECTING SPECIALIZED TO MAKE A SHOWING RE: SCOTT'S REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| Defendant. | |
| AND RELATED COUNTERCLAIMS / | |

On July 1, 2005, Scott USA, Inc. ("Scott") filed a miscellaneous administrative request to file under seal its memorandum of points and authorities in support of its motion for summary judgment and exhibits 1 through 31, 35, and 36 attached to the declaration of Mark P. Vrla in support of its motion. Scott's asserted basis for the request is that Specialized designated the documents in the exhibits and referenced in the memorandum as "Outside Counsel Only." Scott does not explain why the information is actually confidential.

As a public forum, the Court will only entertain requests to seal that establish good cause and are narrowly tailored to seal only the particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality. Documents may not be filed under seal pursuant to blanket protective orders covering multiple documents. In addition, counsel should not attempt to seal entire pleadings or declarations without a particularized showing explaining why the request could not be more narrowly tailored. Any

order granting a request to seal shall direct the sealing of only those documents, pages, or if practicable, those portions of documents or pages that contain the information requiring confidentiality. All other portions of such documents shall remain in the public file. Civil L.R. 79-5(b) & cmt.

Because Scott is relying on Specialized's designation of the material as confidential, Specialized is ORDERED to make a showing by no later than July 12, 2005 as to why the memorandum of points and authorities and exhibits 1 through 31, 35, and 36 attached to the Vrla Declaration should be filed under seal in their entirety. If only portions of these documents actually contain confidential information, particularly the memorandum of points and authorities, Specialized shall identify such portions and make a showing as to why the specific potions of the documents should be filed under seal. The Court shall reserve ruling on Scott's request to file these documents under seal pending the receipt of Specialized's response to this order.

**IT IS SO ORDERED.**

Dated: July 8, 2005           /s/ Jeffrey S. White
                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE