**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   SPECIALIZED BICYCLE COMPONENTS,
    INC.,
10                                              No. C 04-01496 JSW
            Plaintiff,
11
    v.
12                                              **ORDER GRANTING IN PART**
    SCOTT USA, INC.,                            **AND DENYING IN PART**
13                                              **SCOTT'S REQUEST TO FILE**
            Defendant.                          **DOCUMENTS UNDER SEAL**
14  _____
15  AND RELATED COUNTERCLAIMS
    _____/
16
17          Now before the Court is the miscellaneous administrative request by Scott USA, Inc.
18  ("Scott") to file under seal its memorandum of points and authorities in support of its motion for
19  summary judgment and exhibits 1 through 31, 35, and 36 attached to the declaration of Mark P.
20  Vrla in support of its motion.  Having reviewed the response of Specialized Bicycle
21  Components, Inc. ("Specialized") to the Order of this Court directing Specialized to make a
22  showing regarding Scott's request to file documents under seal, and good cause appearing, the
23  Court GRANTS IN PART and DENIES IN PART Scott's request.  Scott's request to file its
24  memorandum of points and authorities under seal is GRANTED only as to pages 3 through 6,
25  10, and 11, and is DENIED as to the remainder of its memorandum.  Scott's request to file
26  exhibits 1 through 31, 35, and 36 attached to Vrla Declaration is GRANTED.
27          By no later than July 19, 2005, Scott is directed to file redacted versions of its
28  memorandum of points and authorities.  The Clerk is directed to file the lodged copies of Scott's

memorandum of points and authorities and exhibits 1 through 31, 35, and 36 attached to Vrla

Declaration under seal.

**IT IS SO ORDERED.**

Dated: July 14, 2005                                        /s/ Jeffrey S. White
                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2