Craig S. Summers (State Bar No. 108,688)
Michael K. Friedland (State Bar No. 157,217)
Sheila N. Swaroop (State Bar No. 203,476)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
SPECIALIZED BICYCLE COMPONENTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPECIALIZED BICYCLE COMPONENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTT USA, INC., <br><br> Defendant. <br><br> SCOTT USA, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SPECIALIZED BICYCLE COMPONENTS, INC. and 89908, INC., d/b/a AMP RESEARCH, <br><br> Counterclaim Defendants. | Civil Action No. <br> C 04-01496 JSW (MEJ) MED <br><br> [PROPOSED] ORDER GRANTING SPECIALIZED BICYCLE COMPONENTS, INC. ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPPOSITION TO DEFENDANT SCOTT USA, INC.'S MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY OF PATENTS-IN-SUIT AND DECLARATIONS OF SINYARD, KENNEY, TURNER, STEBER, KASHARE AND SWAROOP <br><br> The Honorable Jeffrey S. White |

Having considered Plaintiff Specialized Bicycle Components, Inc.'s ("SBC") Administrative Motion to file Documents Under Seal, and for good cause appearing,

IT IS HEREBY ORDERED that SBC's Administrative Motion to file Documents Under Seal is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall file Under Seal the following portions of the documents identified below:

1) Pages 1-7 and 18-19 of Plaintiff Specialized Bicycle Components, Inc.'s Opposition to Defendant Scott USA, Inc.'s Motion for Summary Judgment of Unenforceability of Patents-in-Suit.

2) Paragraphs 4, 8-13, 15-19, 21, 25, 26 and Exhibits 1-5, and 7-9 of the Declaration of Mike Sinyard in Support of Plaintiff Specialized Bicycle Components, Inc.'s Opposition to Defendant Scott USA, Inc.'s Motion for Summary Judgment of Unenforceability of Patents-in-Suit ("Sinyard Declaration");

3) Paragraph 5 and Exhibit 10 of the Confidential Declaration of Kevin Kenney in Support of Plaintiff Specialized Bicycle Components, Inc.'s Opposition to Defendant Scott USA, Inc.'s Motion for Summary Judgment of Unenforceability of Patents-in-Suit ("Kenney Declaration");

4) Paragraph 5 and Exhibit 11 of the Confidential Declaration of David Turner in Support of Plaintiff Specialized Bicycle Components, Inc.'s Opposition to Defendant Scott USA, Inc.'s Motion for Summary Judgment of Unenforceability of Patents-in-Suit ("Turner Declaration")

5) Paragraph 5 and Exhibit 12 of the Confidential Declaration of Jeff Steber in Support of Plaintiff Specialized Bicycle Components, Inc.'s Opposition to Defendant Scott USA, Inc.'s Motion for Summary Judgment of Unenforceability of Patents-in-Suit ("Steber Declaration");

6) Paragraph 5 and Exhibit 13 of the Confidential Declaration of Frank Kashare in Support of Plaintiff Specialized Bicycle Components, Inc.'s Opposition to Defendant Scott USA, Inc.'s Motion for Summary Judgment of Unenforceability of Patents-in-

Suit ("Kashare Declaration"); and

7) Exhibit 15 to the Declaration of Sheila N. Swaroop in Support of Plaintiff Specialized Bicycle Components, Inc.'s Opposition to Defendant Scott USA, Inc.'s Motion for Summary Judgment of Unenforceability of Patents-in-Suit ("Swaroop Declaration").

IT IS SO ORDERED:

Dated: July 14, 2005          /s/ Jeffrey S. White
                              UNITED STATES DISTRICT COURT JUDGE

Submitted by:

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: /s/ Sheila Swaroop
Craig S. Summers
Michael K. Friedland
Sheila N. Swaroop
Attorneys for Plaintiff,
Specialized Bicycle Components. Inc.

SPECBICL.153L

1802585
070605

[Proposed] Order Allowing
Specialized to File Opposition Under Seal          -2-          [Case No. C 04-1496 JSW (MEJ)]