IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIALIZED BICYCLE COMPONENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTT USA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | No. C 04-01496 JSW <br><br> **ORDER DIRECTING SPECIALIZED TO MAKE A SHOWING RE: SCOTT'S REQUEST TO FILE DOCUMENTS UNDER SEAL** |

On July 18, 2005, Scott USA, Inc. ("Scott") filed a miscellaneous administrative request to file under seal portions of its reply brief in support of its motion for summary judgment and exhibits 1 through 5 attached to the declaration of Mark P. Vrla in support of its motion. Scott's asserted basis for the request is that Plaintiff Specialized Bicycle Components, Inc. ("Specialized") designated the documents in the exhibits and referenced in the memorandum as "Outside Counsel Only." Scott does not explain why the information is actually confidential.

As a public forum, the Court will only entertain requests to seal that establish good cause and are narrowly tailored to seal only the particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality. Documents may not be filed under seal pursuant to blanket protective orders covering multiple documents. Civil L.R. 79-5(b) & cmt.

Because Scott is relying on Specialized's designation of the material as confidential,

1  Specialized is ORDERED to make a showing by no later than July 25, 2005 as to why portions of the
2  reply brief and Exhibits 1-5 attached to the Vrla Declaration should be filed under seal.  The Court
3  shall reserve ruling on Scott's request to file these documents under seal pending the receipt of
4  Specialized's response to this order.
5  **IT IS SO ORDERED.**

7  Dated: July 19, 2005                                              /s/ Phyllis J. Hamilton for Jeffrey S. White
                                                                      JEFFREY S. WHITE
8                                                                     UNITED STATES DISTRICT JUDGE