QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Victoria F. Maroulis (Bar No. 202603) (victoriamaroulis@quinnemanuel.com)
  R. Tulloss Delk (Bar No. 229442) (tullossdelk@quinnemanuel.com)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5000
(650) 801-5100 (Facsimile)

JENNER & BLOCK LLP
  Ronald L. Wanke (admitted *pro hac vice*) (rwanke@jenner.com)
  Mark P. Vrla (admitted *pro hac vice*) (mvrla@jenner.com)
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 527-0484 (Facsimile)

Attorneys for Defendant and Counterclaim Plaintiff
  Scott USA, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SPECIALIZED BICYCLE COMPONENTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SCOTT USA, INC.,<br><br>Defendant.<br>_____<br>SCOTT USA, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC. and 89908, INC. d/b/a AMP RESEARCH<br><br>Counterclaim Defendants. | CASE NO. C 04-01496 JSW<br><br>[~~PROPOSED~~] ORDER DENYING PLAINTIFF SPECIALIZED BICYCLE COMPONENTS, INC.'S MOTION TO STRIKE AND GRANTING ITS MOTION FOR LEAVE TO FILE SUR-REPLY AND SUPPORTING DELCARATIONS |

Having considered the papers filed by both parties with respect to the Application of Specialized Bicycle Components, Inc. for Leave to File Sur-reply and Supporting Declarations re Scott USA, Inc.'s Motion for Summary Judgment of Unenforceability of the Patents-in-Suit, all arguments thereon, and GOOD CAUSE APPEARING THEREFOR,

The Court HEREBY ORDERS that the Application of Plaintiff Specialized Bicycle Components, Inc. ("Specialized") for Leave to File Its Sur-reply and Supporting Declarations is GRANTED and Specialized's application to strike evidence and arguments submitted by Defendant Scott USA, Inc. in its reply brief is DENIED.

**IT IS SO ORDERED.**

Dated: July 26, 2005

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF SPECIALIZED'S
MOTION TO STRIKE AND GRANTING MOTION
FOR LEAVE TO FILE SUR-REPLY

CIVIL ACTION NO. CV 04 01496 JSW