United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPECIALIZED BICYCLE COMPONENTS, INC.,

    Plaintiff,

  v.

SCOTT USA, INC.,

    Defendant.

AND RELATED COUNTERCLAIMS
_____/

No. C 04-01496 JSW

**ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' REQUESTS TO FILE DOCUMENTS UNDER SEAL**

    Now before the Court are: (1) the miscellaneous administrative request by Scott USA, Inc. ("Scott") to file under seal portions of its reply brief in support of its motion for summary judgment and exhibits 1 through 5 attached to the declaration of Mark P. Vrla in support of its reply brief, and (2) the miscellaneous administrative request by Specialized Bicycle Components, Inc. ("Specialized") to file under seal portions of its sur-reply brief to Scott's motion for summary judgment and exhibit 16 to the Supplemental Declaration of Mike Sinyard. Having reviewed the parties' papers, and good cause appearing, the Court GRANTS IN PART and DENIES IN PART the parties' requests.

    Scott's request to file portions of its reply brief under seal is GRANTED as to pages 3, 4, 5 and 9, and is DENIED as to pages 1, 2 and 10. Scott's request to file under seal exhibits 1 through 5 attached to the declaration of Mark P. Vrla in support of its reply brief is GRANTED.

Specialized's request to file portions of its sur-reply brief under seal is GRANTED as to page 2, and is DENIED as pages 3 and 4. Specialized's request to file exhibit 16 to the Supplemental Declaration of Mike Sinyard under seal is GRANTED.

By no later than July 28, 2005, Scott and Specialized are directed to file redacted versions of their briefs. The Clerk is directed to file the lodged copies of Scott's reply brief and exhibits 1 through 5 to the declaration of Mark P. Vrla in support of its reply brief and the lodged copies of Specialized's sur-reply brief and exhibit 16 to the Supplemental Declaration of Mike Sinyard under seal.

**IT IS SO ORDERED.**

Dated: July 26, 2005                    /s/ Jeffrey S. White
                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE