IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPECIALIZED BICYCLE COMPONENTS, INC.,

    Plaintiff,

  v.

SCOTT USA, INC.,

    Defendant.

AND RELATED COUNTERCLAIMS
_____/

No. C 04-01496 JSW

**ORDER VACATING HEARING DATE**

The motion for summary judgment by Scott USA, Inc. in the above captioned matter is currently set for hearing on Friday, July 29, 2005 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for July 29, 2005 is VACATED.

**IT IS SO ORDERED.**

Dated: July 26, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE