1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Victoria F. Maroulis  (Bar No. 202603) (victoriamaroulis@quinnemanuel.com)
2      R. Tulloss Delk  (Bar No. 229442) (tullossdelk@quinnemanuel.com)
      555 Twin Dolphin Drive, Suite 560
3   Redwood Shores, California 94065
      (650) 801-5000
4   (650) 801-5100 (Facsimile)

5   JENNER & BLOCK LLP
      Ronald L. Wanke  (admitted *pro hac vice*) (rwanke@jenner.com)
6      Mark P. Vrla  (admitted *pro hac vice*) (mvrla@jenner.com)
      One IBM Plaza
7   Chicago, IL  60611
      (312) 222-9350
8   (312) 527-0484 (Facsimile)

9   Attorneys for Defendant and Counterclaim Plaintiff
      Scott USA, Inc.

10

11                  **IN THE UNITED STATES DISTRICT COURT**

12                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                        **SAN FRANCISCO DIVISION**

14

15   SPECIALIZED BICYCLE COMPONENTS, INC.,          )   CASE NO. C 04-01496 JSW
                                                                              )
16                    Plaintiff,                                          )   **NOTICE OF CHANGE OF COUNSEL** ;
                                                                              )   ORDER
17            v.                                                         )
                                                                              )
18   SCOTT USA, INC.,                                           )
                                                                              )
19                    Defendant.                                     )
                                                                              )
20   ——————————————————                 )
                                                                              )
21   SCOTT USA, INC.,                                           )
                                                                              )
22                    Counterclaim Plaintiff,                  )
                                                                              )
23            v.                                                         )
                                                                              )
24   SPECIALIZED BICYCLE COMPONENTS, INC.     )
      and 89908, INC. d/b/a AMP RESEARCH,              )
25                                                                          )
                      Counterclaim Defendants.             )
26   ——————————————————                 )

27

28

NOTICE OF CHANGE OF COUNSEL                                      CIVIL ACTION NO. CV 04 01496 JSW

## NOTICE OF CHANGE OF COUNSEL

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that David Eiseman hereby withdraws as counsel of record for

Defendant and Counterclaim Plaintiff SCOTT USA, INC. in the above-entitled action.

Dated: July 20, 2005         QUINN EMANUEL URQUHART
                        OLIVER & HEDGES, LLP


                By:   s/David Eiseman
                         David Eiseman

                Attorney for Defendant and Counterclaim Plaintiff,

                SCOTT USA, INC.


## ORDER

IT IS SO ORDERED.


DATED:   July 26, 2005   , 2005       /s/ Jeffrey S. White
                            UNITED STATES DISTRICT JUDGE