Craig S. Summers (State Bar No. 108,688)
Michael K. Friedland (State Bar No. 157,217)
Sheila N. Swaroop (State Bar No. 203,476)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
SPECIALIZED BICYCLE COMPONENTS, INC.

Victoria F. Maroulis (State Bar No. 202603)
R. Tulloss Delk (State Bar No. 229442)
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Ronald L. Wanke (admitted *pro hac vice*)
Mark P. Vrla (admitted *pro hac vice*)
**JENNER & BLOCK LLP**
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendant,
SCOTT USA, INC.

Pierre S. Pfeffer, Esq. (State Bar No. 67,132)
540 Hawthorn Street, No. 1A
San Diego, California 92101
Telephone: (619) 234-3285
Facsimile: (619) 702-4004

Attorney for Counterclaim Defendant,
89908, Inc. d/b/a/ AMP Research

IN THE UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>Plaintiff,<br><br>v. | ) Civil Action No.<br>) C 04-01496 JSW (MEJ) MED<br>)<br>) **STIPULATION OF DISMISSAL**<br>) **WITHOUT PREJUDICE AND**<br>) [~~PROPOSED~~] **ORDER THEREON**<br>) |

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE AND
[~~PROPOSED~~] ORDER THEREON

Case No. C 04-1496 JSW (MEJ) MED

|   |   |   |
|---|---|---|
| 1 | SCOTT USA, INC., | ) The Honorable Jeffrey S. White |
| 2 | Defendant | ) |
| 3 |  | ) |
| 4 | SCOTT USA, INC., | ) |
| 5 | Counterclaim Plaintiff, | ) |
| 6 | v. | ) |
| 7 | SPECIALIZED BICYCLE COMPONENTS, INC. and 89908, INC., d/b/a AMP RESEARCH, | ) |
| 8 | Counterclaim Defendants. | ) |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON — -2- — Case No. C 04-1496 JSW (MEJ)

WHEREAS, Plaintiff Specialized Bicycle Components, Inc. ("Specialized"), Defendant and Counterclaim Plaintiff Scott USA, Inc. ("Scott"), and Counterclaim Defendant 89908, Inc. dba AMP Research ("AMP") have entered into a settlement agreement, including terms which require the dismissal without prejudice of this action against Scott and the counterclaim against Specialized and AMP,

Pursuant to Fed. R. Civ. P. 41(a)(1), Specialized, Scott, and AMP, by and through their respective counsel, hereby stipulate that this action be dismissed without prejudice, with each party to bear their own fees and costs.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 1 DEC 05

By: /s/ Craig S. Summers
Craig S. Summers
Michael K. Friedland
Sheila N. Swaroop
Attorneys for Plaintiff,
Specialized Bicycle Components. Inc.

JENNER & BLOCK, LLP

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Dated:_____

By:_____
Ronald L. Wanke
Mark P. Vrla

Victoria F. Maroulis
R. Tulloss Delk
Attorneys for Defendant,
Scott USA, Inc.

Dated:_____

By:_____
Pierre S. Pfeffer
Attorney for Counterclaim Defendant,
89908, Inc., d/b/a AMP Research

STIPULATION OF DISMISSAL    -1-    Case No. C 04-1496 JSW (MEJ) MED
WITHOUT PREJUDICE AND
[PROPOSED] ORDER THEREON

1   WHEREAS, Plaintiff Specialized Bicycle Components, Inc. ("Specialized"), Defendant
2   and Counterclaim Plaintiff Scott USA, Inc. ("Scott"), and Counterclaim Defendant 89909, Inc.
3   dba AMP Research ("AMP") have entered into a settlement agreement, including terms which
4   require the dismissal without prejudice of this action against Scott and the counterclaim against
5   Specialized and AMP,
6       Pursuant to Fed. R. Civ. P. 41(a)(1), Specialized, Scott, and AMP, by and through their
7   respective counsel, hereby stipulate that this action be dismissed without prejudice, with each
8   party to bear their own fees and costs.

10  KNOBBE, MARTENS, OLSON & BEAR, LLP

12  Dated:_____    By:_____
                               Craig S. Summers
13                             Michael K. Friedland
                               Sheila N. Swaroop
14                             Attorneys for Plaintiff,
                               Specialized Bicycle Components. Inc.

17  JENNER & BLOCK, LLP

18  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

20  Dated: Nov. 30, 2005    By: /s/ Ronald L. Wanke
                               Ronald L. Wanke
21                             Mark P. Vrla

22                             Victoria F. Maroulis
                               R. Tulloss Delk
23                             Attorneys for Defendant,
                               Scott USA, Inc.

26  Dated:_____    By:_____
                               Pierre S. Pfeffer
27                             Attorney for Counterclaim Defendant,
                               89909, Inc., d/b/a AMP Research
28

STIPULATION OF DISMISSAL        -1-        Case No. C 04-1496 JSW (MEJ) MED
WITHOUT PREJUDICE AND
[PROPOSED] ORDER THEREON

WHEREAS, Plaintiff Specialized Bicycle Components, Inc. ("Specialized"), Defendant and Counterclaim Plaintiff Scott USA, Inc. ("Scott"), and Counterclaim Defendant 89908, Inc. dba AMP Research ("AMP") have entered into a settlement agreement, including terms which require the dismissal without prejudice of this action against Scott and the counterclaim against Specialized and AMP,

Pursuant to Fed. R. Civ. P. 41(a)(1), Specialized, Scott, and AMP, by and through their respective counsel, hereby stipulate that this action be dismissed without prejudice, with each party to bear their own fees and costs.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:_____     By:_____
                             Craig S. Summers
                             Michael K. Friedland
                             Sheila N. Swaroop
                         Attorneys for Plaintiff,
                         Specialized Bicycle Components, Inc.

JENNER & BLOCK, LLP

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Dated:_____     By:_____
                             Ronald L. Wanke
                             Mark P. Vrla

                             Victoria F. Maroulis
                             R. Tulloss Delk
                         Attorneys for Defendant,
                         Scott USA, Inc.

Dated: 11-10-05          By: /s/ Pierre Pfeffer
                             Pierre S. Pfeffer
                         Attorney for Counterclaim Defendant,
                         89908, Inc., d/b/a AMP Research

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE AND                -1-            Case No. C 04-1496 JSW (MEJ) MED
[PROPOSED] ORDER THEREON

Pursuant to the stipulation of the parties above, this matter is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 2, 2005

*/s/ Jeffrey S. White*
The Honorable Jeffrey S. White

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California 92614.

On **December 1, 2005**, I served the within **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON** on the parties or their counsel shown below as follows:

Via Email to:

Ron L. Wanke, Esq.
Mark Vrla, Esq.
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Telephone: (312) 923-2970
Facsimile: (312) 840-7370
E-mail: rwanke@jenner.com
mvrla@jenner.com
**Counsel for Defendant and Counterclaim Plaintiff
Scott USA, Inc.**

Victoria F. Maroulis, Esq.
R. Tulloss Delk, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES
555 Twin Dolphin Drive, Suite 500
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
victoriamaroulis@quinnemanuel.com
tullossdelk@quinnemanuel.com
**Counsel for Defendant and Counterclaim Plaintiff
Scott USA, Inc.**

Pierre S. Pfeffer, Esq.
540 Hawthorn Street, No. 1A
San Diego, California 92101
Telephone: (619) 234-3285
Facsimile: (619) 702-4004
E-mail: pspapc@cox.net
**Counsel for Counterclaim Defendant
89908, Inc. d/b/a/ AMP Research**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 1, 2005** at Irvine, California.

*/s/ Christine L. Morinello*
Christine L. Morinello

2124824
112905

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE AND
[PROPOSED] ORDER THEREON

Case No. C 04-1496 JSW (MEJ) MED